IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY LYNN JACKSON,<br>BOP ID # 45685-177,<br>    Plaintiff,<br><br>vs.<br><br>WILLIAM STEPHENS, Director,<br>Texas Department of Criminal<br>Justice Correctional Institutions Division,<br>    Respondent. | No. 3:14-CV-1631-P (BH) |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The request for habeas corpus relief brought pursuant to 28 U.S.C. § 2254, is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to petitioner.

SIGNED this 2nd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE